UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24084-CIV-LENARD/O'SULLIVAN

DUAL GONZALEZ and
JESSICA STEINBERG,

    Plaintiffs,
v.

SWISSCORP USA, LLC and
GUISEPPE CONIGLIONE,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff[s]' Motion to Enforce Settlement Agreement and for Attorney's Fees and Costs and Incorporated Memorandum of Law (DE# 18, 3/12/12). This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b) for a report and recommendation. See Order of Reference (DE# 20, 3/13/12). In the instant case, the parties reached a final settlement at mediation. See Report of Mediation (DE# 16, 2/22/11). On February 23, 2011, the Court dismissed the case without prejudice. See Order Dismissing Case Without Prejudice (DE# 17). The Order provided that: "within thirty (30) days of the date of this Order and upon the filing of both an appropriate joint motion and a fully-executed Settlement Agreement, the Court may amend this Order to approve the settlement, **to retain jurisdiction over the Agreement,** and/or to dismiss the above-captioned action with prejudice." Id. (emphasis added). Neither party made the requisite filing. The instant motion states that "**[t]he settlement agreement signed by the parties**

**provides for Court to retain jurisdiction to enforce the settlement agreement and for the recovery of attorney's fees and costs** to the party required to endeavor to enforce the Agreement." Plaintiff[s]' Motion to Enforce Settlement Agreement and for Attorney's Fees and Costs and Incorporated Memorandum of Law (DE# 18 at 4, 3/12/12) (emphasis in original). However, the "[pa]rties cannot, by agreement or otherwise, confer jurisdiction on a court." Wolff v. Cash 4 Titles, 351 F.3d 1348, 1357 (11th Cir. 2003) (citing Ins. Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee, 456 U.S. 694, 702 (1982) ("[N]o action of the parties can confer subject-matter jurisdiction upon a federal court.")). Accordingly, it is

ORDERED AND ADJUDGED that as soon as practicable, but no later than **Tuesday, March 27, 2012**, the plaintiffs shall file a memorandum of law addressing why this Court has jurisdiction to enforce the parties' settlement agreement. Failure to comply with this Order may result in a recommendation that the Plaintiff[s]' Motion to Enforce Settlement Agreement and for Attorney's Fees and Costs and Incorporated Memorandum of Law (DE# 18, 3/12/12) be denied in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **13th** day of March, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Lenard
All Counsel of Record